E-FILED — **JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7188-GHK (JCx) | Date | November 12, 2014 |
|---|---|---|---|
| Title | *Stevie Bradford, et al. v. Bank of America Corporation, et al.* | | |

**Presiding: The Honorable**  **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re:** (1) Dismissing All But Named Plaintiff and (2) Remanding Action

On October 14, 2014, we ordered Plaintiffs to show cause why all but the first named Plaintiff, Stevie Bradford, should not be dismissed without prejudice on account of their improper joinder in this action. [Dkt. 9.] We warned Plaintiffs that failure to timely and adequately respond to our OSC would be deemed their admission that they have been improperly joined and, in that event, the claims of all but the named Plaintiff would be dismissed without prejudice. The docket reflects that no such response has been filed. Pursuant to our OSC, Plaintiffs are **DEEMED** to have admitted that they have been improperly joined in this action. The sole remaining Plaintiff in this action is Stevie Bradford. The claims of the 314 other Plaintiffs are hereby **DISMISSED** without prejudice.

We also required Defendants to show cause why this action as to that single Plaintiff should not be remanded because it was improperly removed as a "mass action" under CAFA. We warned Defendants that their failure to timely and adequately show cause as required by our Order would be deemed their admission that remand is proper. Defendants' deadline to respond to our OSC has passed, and they have failed to respond. Accordingly, this action is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
| Initials of Deputy Clerk | Bea |